## Elston Fuel Corporation, Appellee, v. Diamond Coal Company, Appellant.

### Gen. No. 41,323.

opinion filed January 22, 1941. John E. Wilson and Geoffrey Fleming, for appellant; Ross & Berchem, for appellee. Opinion by PRESIDING JUSTICE HEBEL. "Not to be published in full."